# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**M.D. MODZELEWSKI, T.J. STINSON, J.S. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

v.

**JUSTIN C. ANDRUS**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201400089**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged:** 21 November 2013.
**Military Judge:** Col M.B. Richardson, USMC.
**Convening Authority:** Commanding Officer, 1st Supply Battalion, Combat Logistics Regiment 15, 1st Marine Logistics Group, Camp Pendleton, CA.
**Staff Judge Advocate's Recommendation:** LtCol E.J. Peterson, USMC.
**For Appellant:** CDR Christopher Roper, JAGC, USN.
**For Appellee:** Mr. Brian K. Keller, Esq.

**29 May 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court